JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, <br><br> Plaintiff, <br><br> v. <br><br> PAI AND CHAN PHARMACY CORP. II, a California Corporation <br><br> Defendant. | Case No.: 2:20-cv-11574-SVW-MAA <br><br> **ORDER** |

    The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

    The case is moved to the inactive calendar.

**IT IS SO ORDERED.**

Dated: February 24, 2021     _____
                                                        HONORABLE STEPHEN V. WILSON
                                                        United States District Judge